# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **WILLIAM RUSSELL,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action Number: |
| | : | |
| vs. | : | 1:14-cv-00192-TCB |
| | : | |
| **FREESE II, INC. and DAVID L. WHORTON,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT

Plaintiff William Russell ("Plaintiff") and Defendants Freese II, Inc. and David L. Whorton ("Defendants"), by and through the undersigned counsel, move this Court for a review and approval of their Settlement Agreement and Release of Claims. As grounds for this Motion, the Parties show the Court as follows:

1.

Plaintiff filed his Complaint [Dkt. 1] on January 22, 2014, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*

2.

Based upon the understandings and assessments of each party, the Parties, acting at arms length and in good faith and with the advice of counsel, have

1

negotiated and entered into a Confidential Settlement Agreement and General Release (hereafter "the Agreement").

3.

The Parties represent that the terms set forth in the Agreement represent a compromise between the positions of the parties and that the amount of money allotted to back pay is a fair approximation of Plaintiff's potential recovery if he prevailed at trial.

4.

Pursuant to <u>Lynn's Food Stores, Inc. v. United States of Am.</u>, 679 F.2d 1350, 1353 (11th Cir. 1982), judicial approval is required to give effect to Plaintiff's release of his FLSA claims, which is material to the Agreement.

5.

Once the Court approves the Agreement and all payments have been made as set forth in Paragraph 1 of the Agreement, the Parties will file a Stipulation of Dismissal of this case with prejudice.

6.

Because the Parties have agreed to keep the terms of the Agreement confidential, the Parties will submit a copy of the Agreement directly to chambers for the Court's consideration, along with a courtesy copy of this Motion.

7.

The Parties further request that the Court retain jurisdiction over this matter until all payments have been made as set forth in Paragraph 1 of the Settlement Agreement and incorporate the Agreement into its Order granting this Motion.

WHEREFORE, the Parties respectfully request that this Court review and approve their Settlement Agreement and Release. For the Court's convenience, a proposed Order granting this Motion is attached hereto as Attachment "A".

Respectfully submitted,

| | |
|---|---|
| **DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC** | **FORD & HARRISON LLP** |
| | *s/ Bennet D. Alsher* |
| | Bennet D. Alsher |
| *s/ Kevin D. Fitzpatrick, Jr.* | Georgia Bar No. 013682 |
| Kevin D. Fitzpatrick, Jr. | |
| Georgia Bar No. 262375 | 271 17th Street, NW, Suite 1900 |
| | Atlanta, GA 30363 |
| *s/ Charles R. Bridgers* | (404) 888-3852 |
| Charles R. Bridgers | (404) 832-8702 (facsimile) |
| Georgia Bar No. 080791 | balsher@fordharrison.com |
| | |
| 3100 Centennial Tower | **BEGNER & BEGNER, P.C.** |
| 101 Marietta Street | |
| Atlanta, GA 30303 | *s/ Alan I. Begner* |
| (404) 979-3150 | Alan I. Begner |
| (404) 979-3170 (facsimile) | Georgia Bar No. 046975 |
| kevin.fitzpatrick@dcbflegal.com | |
| charlesbridgers@dcbflegal.com | *s/ Cory G. Begner* |
| | Cory G. Begner |
| COUNSEL FOR PLAINTIFF | Georgia Bar No. 046980 |
| | |
| | 5180 Roswell Road |

South Building, Suite 100
Atlanta, GA 30342
(404) 531-0103
(404) 531-0107 (facsimile)
abegner@begnerlaw.com
cbegner@begnerlaw.com

COUNSEL FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **WILLIAM RUSSELL,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action Number: |
| | : | |
| vs. | : | 1:14-cv-00192-TCB |
| | : | |
| **FREESE II, INC. and DAVID L. WHORTON,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## CERTIFICATE OF COUNSEL

Pursuant to LR 7.1 NDGa, the undersigned counsel certifies that the within and foregoing motion was prepared using Times New Roman (14 point), one of the fonts and point selections approved by the Court in LR 5.1 C NDGa.

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791
Counsel for Plaintiff

5

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **WILLIAM RUSSELL,** | : | |
| Plaintiff, | : | Civil Action Number: |
| vs. | : | 1:14-cv-00192-TCB |
| **FREESE II, INC.** and **DAVID L. WHORTON,** | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown above, I electronically filed the within and foregoing JOINT MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted,

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791