## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WILLIAM RUSSELL, | : |
| Plaintiff, | : Civil Action Number: |
| vs. | : 1:14-cv-00192-TCB |
| FREESE II, INC. and DAVID L. WHORTON, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 7th day of May, 2014.

| | |
|---|---|
| /s/ Kevin D. Fitzpatrick, Jr. | /s/ Bennet D. Alsher |
| Kevin D. Fitzpatrick, Jr. | Bennet D. Alsher |
| Georgia Bar No. 262375 | Georgia Bar No. 013682 |
| Charles R. Bridgers | |
| Georgia Bar No. 080791 | FORD & HARRISON LLP |
| | 271 17th Street, NW, Suite 1900 |
| DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC | Atlanta, GA 30363 |
| | (404) 888-3852 |
| 3100 Centennial Tower | (404) 832-8702 (facsimile) |
| 101 Marietta Street | balsher@fordharrison.com |
| Atlanta, Georgia 30303 | |
| (404) 979-3150 | |
| (404) 979-3170 (facsimile) | Attorney for Defendants |

kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **WILLIAM RUSSELL,** | : |
| | : |
| Plaintiff, | : Civil Action Number: |
| | : |
| vs. | : 1:14-cv-00192-TCB |
| | : |
| **FREESE II, INC. and DAVID L. WHORTON,** | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I certify that on the date shown above, I electronically filed a true and correct copy of the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all attorneys of record.

                                                  */s/ Kevin D. Fitzpatrick, Jr.*
                                                  Georgia Bar No. 262375